UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CASE NO.   C-15-356 |
| OFELIA RIVERA<br>JUAN MARTINEZ JR. | § § § | |

ORDER GRANTING MOTION FOR RELEASE OF MATERIAL WITNESSES

The Court, having considered the Government's Motion for Release of Material Witnesses, finds that the witnesses in this case should be released from the custody of the United States Marshals Service and delivered to the Bureau of Immigration and Customs Enforcement. It is therefore,

ORDERED that Fanny Raul Fernandez-Lojano, Edison Raul Alvarez-Broncano and Rosa Morales-Jimenez, be released forthwith from the custody of the United States Marshals Service, and into the custody of the Bureau of Immigration and Customs Enforcement.   It is further,

ORDERED that the Clerk of the Court shall provide a copy of this order to the United States Marshals Service.

SIGNED this ___3___ day of ~~April~~ June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
Jason B. Libby
United States Magistrate Judge